**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:26-cv-80004-DPG**

**ELI M. BLATT,**

**Plaintiff**,

**v.**

**MARC J. GOLDNER, et al.,**

**Defendants**.
_____________________________/

**ORDER**

**THIS CAUSE** comes before the Court on Plaintiff Eli M. Blatt's Motion to Remand. [ECF No. 10]. On January 12, 2026, this Court referred the case to Magistrate Judge Ellen F. D'Angelo for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 9]. On August 7, 2026, Judge D'Angelo issued her Report and Recommendation, recommending that Plaintiff's Motion to Remand be granted and that this action be remanded to the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (the "Report"). [ECF No. 57]. On August 21, 2026, Defendant Marc J. Goldner filed his objections to the Report, [ECF No. 62], to which Plaintiff Eli M. Blatt filed a Response, [ECF No. 64].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge D'Angelo's well-reasoned analysis and conclusions that Plaintiff's Motion to Remand should be granted.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation, [ECF No. 57], is **ADOPTED** in full.

(2) Plaintiff Eli M. Blatt's Motion to Remand, [ECF No. 10], is **GRANTED**.

(3) This action is **REMANDED** to the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

(4) Given that the Court lacks subject matter jurisdiction over this action, the Court declines to rule on the pending motions, [ECF Nos. 13, 14, 28, 36, 50, 51, 54, 63].

(5) The case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of August, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**